JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE GUY; ANTHONY GUY;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation, and DOES 1-20;<br><br>Defendants. | USDC Case No.:<br>**2:17-cv-08981-PA (JCx)**<br><br>**ORDER ON STIPULATION RE: DISMISSAL** [*Federal Rule of Civil Procedure* 41(a)(1)]<br><br>Complaint Filed: 12/14/2017 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: September 11, 2018

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT